USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. A. TALUKDER,

                Plaintiff,

            v.

STATE OF NEW YORK, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, JOHN A. SHIPLEY, NA-KIA WALTON, KIM GHATT,

                Defendants.

No. 22-CV-1452 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    I have accepted this case as related to *Sughrim et al. v. State of New York et al.*, No. 19-cv-7977. In the complaint in this case, Plaintiff asserts that although "he is a member of the putative class in *Sughrim*, [he] is not protected by the temporary restraining order in place in that case" because the terms of that order apply only to "corrections officers," and Plaintiff is a corrections officer trainee. Compl. ¶ 41.

    Within thirty days of service of the summons and complaint, the parties shall submit a joint letter stating their positions as to whether the temporary restraining order in *Sughrim* may be modified to include corrections officer trainees, such that Plaintiff would not need to seek individual interim relief throughout that action.

SO ORDERED.

Dated:    March 8, 2022
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge