USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022

**CK LEVINE & HOFFMAN LLP**
RK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
842800.02

WRITER'S DIRECT DIAL:
212-277-5875

September 23, 2022

**VIA ECF**
The Honorable Stewart Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

ENDORSEMENT: Request GRANTED.
SO ORDERED.
Dated: 9/23/2022

Re:  *Talukder v. State of New York et al.*, No. 22-cv-01452 (RA)
[rel. *Sughrim* et al. *v. State of New York* et al., No. 19-cv-07977 (RA)(SDA)]

Your Honor:

Due to unforeseen emergency circumstances including unexpected family obligations of the undersigned, we submit this letter with Defendants' consent seeking a one-week extension to submit a brief regarding Plaintiff's entitlement to injunctive relief (Dkt. No. 56), currently due today, September 23, 2022, as well as subsequent filing deadlines. This is the first request for an extension. We propose the following revised briefing schedule:

| | |
|---|---|
| Plaintiff's Brief | September 30, 2022 |
| The State's Opposition: | October 21, 2022 |
| Plaintiff's Reply: | November 4, 2022 |

We thank the Court in advance for its time and attention to this matter, with sincere apologies as to the emergency nature of the request.

Respectfully submitted,

Luna Droubi

cc:  All Counsel (via ECF)