UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. A. TALUKDER,

                Plaintiff,

v.

STATE OF NEW YORK, et al.,

                Defendants.

No. 22-cv-1452 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Oral argument on Defendants' motion to dismiss and Plaintiff's request for an extension of the consent order entered in *Sughrim v. State of New York*, No. 19-cv-7977, shall be held on March 13, 2023 at 1:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square. Given the overlap between the issues in this action and in *Sughrim*, the Court has scheduled oral argument in both matters for the same time.

SO ORDERED.

Dated:    March 6, 2023
             New York, New York

_____
Ronnie Abrams
United States District Judge