UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.D. A. TALUKDER,

       Plaintiff,

   v.

STATE OF NEW YORK, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, and KIM GHATT,

       Defendants.

22-CV-1452 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  On March 31, 2023, the Court granted in part and denied in part Defendants' motion to dismiss and directed the parties to file a letter proposing next steps in this matter within thirty days. The Court is aware, however, that it has not yet ruled on Plaintiff's motion to extend the consent decree, or in the alternative, for a preliminary injunction, and that the Court's ruling on that motion may affect the parties' proposed next steps in this action.

  Accordingly, the parties' time to respond to the Court's March 31, 2023 order to propose next steps in this matter is extended until one week after the Court issues an order on the pending motion. Defendant's deadline to answer the Complaint is extended until two weeks after the parties file their letter.

SO ORDERED.

Dated: April 27, 2023
    New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge