```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. A. Talukder,

                Plaintiff,

-against-

State of New York,

                Defendants.

1:22-cv-01452 (RA) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Pending before the Court is a Letter Motion by Plaintiff to compel Defendants to produce the New York State Office of Employee Relations investigative file relating to Plaintiff. (Letter Motion, ECF No. 113.) Pursuant to Section II(B)(1) of the Court's Individual Practices, Defendants' response to the Letter Motion is past due. Defendants shall file their response no later than Friday, November 8, 2024. Plaintiff shall file any reply no later than Tuesday, November 12, 2024.

**SO ORDERED.**

Dated:     New York, New York
             November 6, 2024

                                                        _____
                                                         STEWART D. AARON
                                                         United States Magistrate Judge