```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. A. Talukder,

                Plaintiff,

-against-

State of New York,

                Defendants.

1:22-cv-01452 (RA) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows: no later than Friday, November 22, 2024, Plaintiff shall file either: (1) a reply in further support of its motion to compel Defendant State of New York to produce the New York State Office of Employee Relations ("OER") investigative file relating to Plaintiff. (Letter Motion, ECF No. 113), addressing the arguments raised by Defendants during today's conference; or (2) a motion to compel non-party OER to produce the investigative file.

**SO ORDERED.**

Dated:    New York, New York
            November 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge