```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.D. A. Talukder,<br><br>                    Plaintiff,<br><br>         -against-<br><br>State of New York,<br><br>                    Defendants. | 1:22-cv-01452 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is herby Ordered that, no later than November 27, 2024, Plaintiff shall file an affidavit of service regarding service of his motion to compel and accompanying memorandum of law (ECF Nos. 120 & 121) on the New York State Office of Employee Relations.

SO ORDERED.

Dated:    New York, New York
           November 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge