UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. A. Talukder,

                Plaintiff,

-against-

State of New York,

                Defendant.

1:22-cv-01452 (RA) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Pending before the Court is Plaintiff's November 21, 2024 motion to compel the New York State Office of Employee Relations ("OER"), an agency of Defendant State of New York (the "State"), to respond to Plaintiff's September 12, 2024 subpoena. (Pl.'s Mot. to Compel, ECF No. 120.) As of the date of this Order, OER has not responded to Plaintiff's motion.

Accordingly, it is hereby Ordered that, no later than December 17, 2024, Attorney Yoon, who is listed on the ECF docket as an interested party on behalf of the New York State Attorney General, shall file a letter indicating whether an attorney from the Office of the New York State Attorney General will be representing OER in responding to Plaintiff's motion to compel and, if not, indicating who will be representing OER.

SO ORDERED.

Dated:     New York, New York
            December 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge