USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2024

# BELDOCK LEVINE & HOFFMAN
99 PARK AVENUE, PH/26TH FL
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 842800.02

WRITER'S DIRECT DIAL:
212-277-5875

December 11, 2024

**VIA ECF**
The Honorable Stewart Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**ENDORSEMENT:** In view of the instant status update, the Clerk of Court is respectfully requested to terminate the motions filed at ECF Nos. 113 and 120 as moot. Moreover, Attorney Yoon is relieved of the requirement to file a letter in response to the Court's December 10, 2024 Order. SO ORDERED.

Dated: December 11, 2024

Re:   *Talukder v. State of New York et al.*, No. 22-cv-01452 (RA)
      [rel. *Sughrim* et al. *v. State of New York* et al., No. 19-cv-07977 (RA)(SDA)]

Your Honor:

      We represent Plaintiff in the above referenced action. We write, jointly with Defendants and in response to the Court's December 10, 2024 Order, Dkt. No. 123, to notify the Court that the State Office of Employee Relations (OER) responded to the Plaintiff's Motion to Compel by producing to Defendants' counsel what it presented as "the documents the New York State Office of Employee Relations, Anti-Discrimination Investigations Division (ADID) used in the investigation of the EEOC complaint filed by M.D.A. Talukder" as well as a "Draft Investigation Report (DIR)." Defendants provided the email from Director and Counsel for Investigations Anti-Discrimination Investigations Division as well as all attachments to Plaintiff. As a result, the Parties have conferred and are satisfied with the production based on OER's representation. All fact discovery matters have now been resolved. The Parties have been timely exchanging expert discovery and believe that no further discovery extensions will be required.

      We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

Luna Droubi

cc:   All Counsel (via ECF)