USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. A. Talukder,

                        Plaintiff,

      -against-

State of New York,

                        Defendant.

1:22-cv-01452 (RA) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       Discovery in this action closed on February 13, 2025. (*See* Revised Scheduling Order, ECF No. 130.) It is hereby ORDERED that, no later than February 26, 2025, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to participate in a settlement conference or be referred to Court's mediation program and/or if either side intends to file a dispositive motion.

SO ORDERED.

Dated:     New York, New York
            February 19, 2025

_____
STEWART D. AARON
United States Magistrate Judge