USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. A. Talukder,

               Plaintiff,

-against-

State of New York et al.,

               Defendants.

1:22-cv-01452 (RA) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference with the parties, it is hereby Ordered that, no later than Monday, March 10, 2025, the parties shall file a joint letter indicating whether all parties wish to participate in a settlement conference. If so, the parties shall provide at least four proposed dates and shall indicate whether they wish the conference to be in person or remote. If all parties do not wish to participate in a settlement conference, the joint letter shall set forth a proposed schedule for the anticipated dispositive motions.

**SO ORDERED.**

Dated:    New York, New York
            March 4, 2025

_____
STEWART D. AARON
United States Magistrate Judge