**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **M.D. A. Talukder,** | |
| **Plaintiff,** | **1:22-cv-01452 (RA) (SDA)** |
| **-against-** | **ORDER** |
| **State of New York et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby ORDERED that, no later than Wednesday, February 25, 2026, the parties shall file a joint letter setting forth a proposed briefing schedule for any dispositive motions.

**SO ORDERED.**

Dated:    New York, New York
        February 18, 2026

_____
STEWART D. AARON
United States Magistrate Judge